KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fisher Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
John Mazaheri

Amber Henry (SBN 247624)
ahenry@eisnerlaw.com
EISNER JAFFE
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210
Telephone: 310-855-3200
Facsimile: 310-855-3201

*Attorneys for Defendants*
HCA, Inc., Medicredit, Inc., and
NPAS Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MAZAHERI, | Case Number: 5:15-cv-03983-NC |
| Plaintiff(s), | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |
| vs. | |
| HCA, INC., et al | |
| Defendant(s). | |

//

//

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff JOHN MAZAHERI ("Plaintiff") and Defendant HCA, INC., Defendant MEDICREDIT, INC. and Defendant NPAS SOLUTIONS, LLC (collectively as "Defendants") hereby stipulate to dismiss the abovecaptioned action with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: April 22, 2016         /s/ *Mona Amini*
                              Mona Amini, Esq.
                              KAZEROUNI LAW GROUP, APC
                              Counsel for Plaintiff

Dated: April 22, 2016         /s/ *Amber Henry*
                              Amber Henry, Esq.
                              EISNER JAFFE
                              Counsel for Defendants

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that this entire action is dismissed WITH PREJUDICE with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 25, 2016



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA